RECEIVED
IN LAKE CHARLES, LA

JAN - 8 2007


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-20092-01 |
| | * | |
| VERSUS | * | JUDGE MINALDI |
| | * | |
| MAURO CHAVEZ-BAEZ | * | MAGISTRATE JUDGE WILSON |

## O R D E R

Upon consideration of the Joint Motion to Amend Motion to Continue Trial filed by

the government and the defendant in this matter,

IT IS HEREBY ORDERED AND ADJUDGED that the Joint Motion to Continue Trial

shall reflect that the defendant has been indicted for illegally reentering the United States

after being deported, in violation of Title 8, United States Code, Section 1326(b)(2).

DONE AND SIGNED this 8 day of January 2007 at Lake Charles, Louisiana.


PATRICIA MINALDI
United States District Judge